UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-8922-AH(AJRx)** | | Date | October 28, 2025 |
|---|---|---|---|---|
| Title | Luz Zendejas v. Channel Islands Corporation et al | | **JS-6** | |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**        **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [13], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.


Please ENTER JS-6.

IT IS SO ORDERED.


cc: all parties